NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Oliver Drorbaugh,<br><br>   Petitioner,<br><br>v.<br><br>United States of America,<br><br>   Respondent. | No. CV-14-00845-PHX-SRB(JZB)<br>CR13-00268-PHX-SRB<br><br>**ORDER** |

  Movant James Oliver Drorbaugh filed a Motion Under U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody on April 22, 2014. The United States filed its response in opposition on November 3, 2014. Movant filed a reply on December 3, 2014.

  The Magistrate Judge filed his Report and Recommendation on June 26, 2015 recommending that Movant's Motion to Vacate, Set Aside, or Correct Sentence be denied. In the Report and Recommendation, the Magistrate Judge advised the parties that they had fourteen days from the date of service of a copy of the Report and Recommendation within which to file specific written objections with the Court. The time to file such objections has since expired and no objections to the Report and Recommendation have been filed.

The Court finds itself in agreement with the Report and Recommendation of the Magistrate Judge.

**IT IS ORDERED** adopting the Report and Recommendation of the Magistrate Judge as the Order of this Court. (Doc. 9)

**IT IS FURTHER ORDERED** denying Movant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody.

**IT IS FURTHER ORDERED** denying a Certificate of Appealability and leave to proceed in forma pauperis on appeal because Movant has not made a substantial showing of the denial of a constitutional right.

**IT IS FURTHER ORDERED** directing the Clerk to enter judgment accordingly.

Dated this 22nd day of July, 2015.

_____
Susan R. Bolton
United States District Judge